JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONNELL ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA MONICA POLICE DEPARTMENT; CITY OF SANTA MONICA; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:  CV 10-5942-DMG (CWx)<br><br>**ORDER RE DISMISSAL [60]** |

1 | The parties having filed a Stipulation for Dismissal and having put the terms
2 | of their settlement on the record before the Court,
3 |     IT IS HEREBY ORDERED that this case is DISMISSED WITH
4 | PREJUDICE with neither party to seek attorneys' fees or costs from the other.

Dated:   April 12, 2012

                                  DOLLY M. GEE
                                  United States District Judge

1

ORDER RE DISMISSAL